# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MELVIN D HOOD                §            Case No.: 10-40956
         JUANITA HOOD                 §
                                      §
         Debtor(s)                    §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2010.

2) This case was confirmed on 12/06/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/05/2012, 07/12/2012, 11/29/2012, 11/29/2012.

5) The case was dismissed on 09/10/2012.

6) Number of months from filing to the last payment: 23

7) Number of months case was pending: 28

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 32,173.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 2,646.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,646.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,451.32 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 153.18 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,604.50 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND CREDIT MANAG | UNSECURED | 1,606.00 | 1,612.41 | 1,612.41 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | .00 | .00 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 880.00 | 889.30 | 889.30 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 805.00 | 805.58 | 805.58 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 705.00 | 705.90 | 705.90 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 1,132.00 | 731.91 | 731.91 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 72.54 | 72.54 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 500.00 | 690.20 | 500.00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | SECURED | 55,666.67 | .00 | .00 | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | 14,264.33 | NA | NA | .00 | .00 |
| DONALD E HOARD MD PC | UNSECURED | 222.00 | 222.04 | 222.04 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1,511.00 | NA | NA | .00 | .00 |
| ASSOCIATES IN NEUROL | UNSECURED | 26.25 | NA | NA | .00 | .00 |
| SOUTHEAST ANESTHESIA | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| SOUTHEAST ANESTHESIA | UNSECURED | 34.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 800.00 | 2,862.50 | 2,862.50 | .00 | .00 |
| ASSOCIATES IN NEUROL | UNSECURED | 26.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| COM ED EXELON CORPOR | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| WOW CHICAGO | UNSECURED | 370.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LVNV FUNDING | UNSECURED | 849.00 | 849.98 | 849.98 | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| EAST SIDE LENDERS | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ENDALE MEKONEN MD | UNSECURED | 60.51 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 428.00 | 428.95 | 428.95 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 893.00 | 774.79 | 774.79 | .00 | .00 |
| GREGORY ALILIPAY | UNSECURED | 18.42 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 193.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SERVIC | UNSECURED | 1,042.00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 1,287.00 | 1,286.66 | 1,286.66 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,033.00 | 2,552.46 | 2,552.46 | .00 | .00 |
| IMAGINE/FBOFD | UNSECURED | 553.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,153.00 | 1,153.75 | 1,153.75 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 553.00 | 553.59 | 553.59 | .00 | .00 |
| CHICAGO IMAGING | UNSECURED | 399.00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 1,024.00 | NA | NA | .00 | .00 |
| METABANK/FINGERHUT | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 79.80 | NA | NA | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1,607.00 | NA | NA | .00 | .00 |
| MIDLAND DIAGNOSTIC P | UNSECURED | 28.26 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 1,599.00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 1,014.00 | 1,299.78 | 1,299.78 | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 1,024.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 952.00 | NA | NA | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL PA | UNSECURED | 635.00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| EAST CHICAGO CHECK C | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| KENOSHA COUNTY | UNSECURED | 335.00 | NA | NA | .00 | .00 |
| KENOSHA COUNTY | UNSECURED | 335.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3,594.00 | .00 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3,594.00 | .00 | .00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,060.68 | 1,060.68 | .00 | .00 |
| COLLECTION PROFESSIO | UNSECURED | NA | 26.89 | 26.89 | .00 | .00 |
| MONTEREY FINANCIAL S | SECURED | NA | 300.00 | .00 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | NA | 1,033.35 | 1,033.35 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                 Claim        Claim        Claim     Principal    Int. |
|   Name         Class    Scheduled   Asserted     Allowed       Paid       Paid |
|                                                                              |
|ROBERT J SEMRAD & AS  PRIORITY       NA          .00        41.50       41.50       .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 500.00 | .00 | .00 |
| **TOTAL SECURED:** | 500.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 41.50 | 41.50 | .00 |
| **TOTAL PRIORITY:** | 41.50 | 41.50 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 18,923.06 | .00 | .00 |

**Disbursements:**

| | | |
|---|---:|---:|
| Expenses of Administration | $ | 2,604.50 |
| Disbursements to Creditors | $ | 41.50 |
| **TOTAL DISBURSEMENTS:** | $ | 2,646.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/07/2013                          /s/ Tom Vaughn
                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**